# Court of Appeals
# of the State of Georgia

ATLANTA,  May 10, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0857.  ROBUSTO v. THE STATE.**

Following careful consideration of this case, including a thorough review of the complete record on appeal, we have determined that Nicholas Robusto's application for interlocutory appeal was improvidently granted.  Accordingly, the order granting the application is VACATED, and this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/10/2017*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*